IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

OCT - 1 2014

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| In the matter of the search of | ) 1:14-mj-72-DH |
| | ) |
| | ) |
| 1153 Airport Rd., | ) **ORDER TO SEAL** |
| Flat Rock, NC 28731 | ) |
| | ) |
| 6035 Asheville Hwy., | ) |
| Hendersonville, NC 28791 | ) |
| | ) |
| Appalachian Survival Gear & Knife Co. | ) |
| 234 N. Main St. | ) |
| Hendersonville, NC 28792 | ) |
| | ) |
| 48 Royal Oaks Dr., | ) |
| Hendersonville, NC 28791 | ) |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED and

DECREED that the Motion to Seal, Search Warrants, Applications, Affidavits and Attachments in

the above referenced case be sealed until further order of the Court.

This the 1 st day of October, 2014.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA