UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

MAR 23 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF )<br>48 ROYAL OAKS DRIVE )<br>HENDERSONVILLE, NC 28791 )<br>_____ ) | DOCKET NO. 1:14mj72<br><br>**ORDER** |
| IN THE MATTER OF THE SEARCH OF )<br>1153 AIRPORT ROAD )<br>FLAT ROCK, NC 2873 )<br>_____ ) | |
| IN THE MATTER OF THE SEARCH OF )<br>APPALACHIAN SURVIVAL GEAR )<br>& KNIFE COMPANY )<br>234 N. MAIN STREET )<br>HENDERSONVILLE, NC 28792 | |
| IN THE MATTER OF THE SEARCH OF )<br>6035 ASHEVILLE HIGHWAY )<br>HENDERSONVILLE, NC 28791 )<br>_____ ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an order directing that the applications and warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the applications and warrants in the above-captioned case be unsealed.

This 23rd day of March, 2015.

_____
HONORABLE DENNIS L. HOWELL
U.S. MAGISTRATE COURT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA